UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Carol Pisani,
        Plaintiff

v.                                    C.A. No. 09-127S

Daniel M. King,
        Defendant



**ORDER**


The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on April 23, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).  Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED. Plaintiff's Complaint is hereby dismissed.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 4/30/09